# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:20-cr-00243-JCH |
| | : | |
| v. | : | |
| | : | |
| SAMUEL KLEIN, | : | |
| | : | |
| Defendant. | : | February 10, 2021 |

## DEFENDANT'S MOTION TO PERMIT TRAVEL

Defendant Samuel Klein respectfully moves the Court for an Order permitting him to travel to Jackson Hole, Wyoming, on February 18, 2021, returning on March 8, 2021, in order to continue to effectively manage the construction project at 1285 N. Lower Ridge Road, Jackson, Wyoming (the "Project Home") where he will stay.  Defendant further moves the Court for an Order permitting him to travel to and from the town of Jackson, with the concurrent permission of the U.S. Probation Office, in order to buy food and construction supplies, take a COVID test from a local doctor, and to meet with a real estate broker

The Court has granted four prior motions requesting permission to travel to Jackson, Wyoming (ECF Nos. 18, 21, 31, 34), and Mr. Klein has abided by all supervision requirements during these prior trips.

The Probation Office and government do not object to this motion.

In support of this motion, Defendant submits the following:

1.	Defendant's travel is necessary to facilitate the continued construction of the Project Home.  In addition, Mr. Klein needs to travel during this period because he has contractors lined up who need to complete work on the Project Home.

2.	On December 9, 2020, Defendant appeared before United States Magistrate Judge Holly B. Fitzsimmons for initial presentment and arraignment.  Defendant pled not guilty to the

charges in the Indictment for violations of 18 U.S.C. §§ 2314 and 1957.  Jury selection for trial is currently scheduled to begin on November 1, 2021.

3.  Mr. Klein was released pending trial on a surety bond (with his interest in the Project Home as security), and special conditions that include home detention and travel restrictions.

4.  Pursuant to his terms of release, Mr. Klein is not to leave the United States, and is limited to the State of Connecticut.  The terms of release require Mr. Klein to request permission in advance from probation to travel outside of Connecticut.  Michael Jones, the Probation Officer assigned to Mr. Klein, has indicated that his authority is limited to same day travel, and that Mr. Klein must request approval from the Court for overnight travel outside of the State of Connecticut.

5.  Additionally, the terms of release restrict Mr. Klein to home detention, subject to the limited conditions.  Mr. Klein therefore requests approval of the Court to leave the Project Home to travel to and from the town of Jackson, Wyoming for the purpose of taking a COVID test at a local doctor's office and purchasing food and construction supplies, so that he may carry out his project management responsibilities during this trip.  In addition, Mr. Klein requests approval to meet with Ted Dawson of Century 21 Jackson Hole, whose office is located at 1725 N. East Butte Road, Jackson, Wyoming (cell phone 307.690.8170), to discuss marketing the Project Home.  Mr. Klein will provide details of his intended incidental travel within Jackson to Mr. Jones, prior to undertaking said travel, by way of daily electronic mail or telephone.  Mr. Klein will advise Mr. Jones of his travel itinerary and will check in with Mr. Jones during each point of travel (i.e., before leaving for the airport, arrival at the airport, arrival in Wyoming, etc.).

- 3 -

In addition, Mr. Klein understands that all movement within Jackson will require pre-approval by Mr. Jones.

6. Mr. Klein has complied with all conditions of release thus far, including surrendering his United States and Polish passports.

7. Counsel for the government, Assistant U.S. Attorney Jennifer Laraia, has no objection to this motion.

8. Michael Jones of the U.S. Probation Office has no objection to this motion.

9. Based on the foregoing, the defendant respectfully requests that the Court enter an Order (i) granting him permission to travel to Jackson Hole, Wyoming from February 18, 2021 to March 8, 2021, in order to continue to effectively manage the construction project at the Project Home; and (ii) granting him permission, while at the Project Home, to travel to and from the town of Jackson to buy food and construction supplies, take a COVID test, and to meet with Mr. Dawson, with the concurrent permission of the U.S. Probation Office.

DEFENDANT, SAMUEL KLEIN

By:  */s/ Stanley A. Twardy, Jr.*
Stanley A. Twardy, Jr. (ct05096)
Sara J. van Vliet (ct30690)
Day Pitney LLP
One Stamford Plaza, 7th Floor
263 Tresser Boulevard
Stamford, CT 06901
Tel: (203) 977-7300
Fax: (866) 458-1037
satwardy@daypitney.com
svanvliet@daypitney.com

- 4 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2021, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                        */s/ Stanley A. Twardy, Jr.*
                        Stanley A. Twardy, Jr. (ct05096)