**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:20-cr-00243-JCH |
| | : | |
| v. | : | |
| | : | |
| SAMUEL KLEIN, | : | |
| | : | |
| Defendant. | : | February 11, 2021 |

## DEFENDANT'S MOTION TO PERMIT TRAVEL TO NEW YORK

Defendant Samuel Klein respectfully moves the Court for an Order permitting him to travel to Armonk, New York, in Westchester County on **Monday, February 15, 2021**, returning the same day, in order to visit his elderly mother who suffers from Alzheimer's disease. Mr. Klein's mother resides in an assisted-care facility that, due to the COVID-19 pandemic, restricts the number of permitted visitors daily and schedules appointments for visitation on short notice. Today, Mr. Klein learned that he secured an appointment for visitation for this coming Monday, February 15.

The U.S. Probation Office and the Government do not object to this motion.

In support of this motion, Mr. Klein respectfully submits the following:

1.      On December 8, 2020, Mr. Klein appeared before United States Magistrate Judge Holly B. Fitzsimmons for initial presentment and arraignment. Mr. Klein pled not guilty to the charges in the Indictment for violations of 18 U.S.C. §§ 2314 and 1957. Jury selection for trial is currently scheduled to begin on November 1, 2021.

2.      Mr. Klein was released pending trial on a surety bond and special conditions that include home detention and travel restrictions. Mr. Klein is not permitted to travel outside of the State of Connecticut without requesting leave of the Court.

3.       Mr. Klein's elderly mother suffers from Alzheimer's disease.  She resides in an assisted-care facility in Armonk, New York, that—due to the COVID-19 pandemic—restricts the number of visitors permitted daily.  The facility schedules visitation appointments on short notice.

4.       Today, Mr. Klein learned that his request to visit his mother was granted.  He secured an appointment for Monday, February 15.

5.       Mr. Klein therefore requests approval of the Court to travel to Armonk, New York, on Monday, February 15 for the purpose of visiting his elderly and ill mother. Mr. Klein will return to his Connecticut residence the same day.

6.       In the more than two months since his release pending trial, Mr. Klein has complied with all conditions of release.

7.       Counsel for the government, Assistant U.S. Attorney Jennifer Laraia, has no objection to this motion.

8.       Michael Jones of the U.S. Probation Office has no objection to this motion.

9.       Based on the foregoing, Mr. Klein respectfully requests that the Court enter an Order granting him permission to travel to Armonk, New York on Monday, February 15, 2021, returning the same day, in order to visit his elderly and ill mother.

DEFENDANT, SAMUEL KLEIN

By:  */s/ Stanley A. Twardy, Jr.*
       Stanley A. Twardy, Jr. (ct05096)
       Sara J. van Vliet (ct30690)
       Day Pitney LLP
       One Stamford Plaza, 7th Floor
       263 Tresser Boulevard
       Stamford, CT 06901
       Tel: (203) 977-7300

Fax: (866) 458-1037
satwardy@daypitney.com
svanvliet@daypitney.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2021, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

*/s/ Stanley A. Twardy, Jr.*
Stanley A. Twardy, Jr. (ct05096)