UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. |
| | : | |
| Plaintiff | : | 3:20 CR 243 (JCH) |
| | : | |
| v. | : | |
| | : | |
| SAMUEL KLEIN | : | |
| | : | |
| Defendant | : | February 12, 2021 |

**MOTION TO WITHDRAW APPEARANCE AS COUNSEL OF RECORD TO
DEFENDANT SAMUEL KLEIN**

Jeffrey M. Sklarz, Esq. (the "Movant") of Green & Sklarz, LLC ("Green & Sklarz") hereby moves to withdraw his appearance as counsel to the Defendant, Samuel Klein (the "Defendant"). In support thereof, Movant respectfully represents as follows:

1. Movant filed an appearance on behalf of the Defendant, in the above-captioned action on December 8, 2020.

2. Pursuant to D. Conn. L. Civ. R. 7(e), the Movant requests that the Court allow him to withdraw as counsel of record to the Defendant in this matter. Stanley Twardy, Esq. has filed an appearance on behalf of the Defendant and will represent the Defendant going forward.

3. The Defendant's last known mailing address is 131 Pecksland Road, Greenwich, Connecticut, 06831.

4. Good cause exists for the granting of this Motion to Withdraw Appearance because the Defendant has requested Attorney Stanley Twardy continue as his counsel in lieu of the undersigned.

{00203044.1 }

WHEREFORE, the Movant respectfully request that they be authorized to withdraw as counsel of record to the Defendant, and to withdraw their appearances of record on his behalf, and that the Court grant such other and further relief as it deems just and proper.

        THE MOVANT: Jeffrey M. Sklarz

BY:    /s/ Jeffrey M. Sklarz
        Jeffrey M. Sklarz (ct20938)
        GREEN & SKLARZ LLC
        One Audubon Street, Floor 3
        New Haven, CT 06511
        (203) 285-8545
        Fax: (203) 823-4546
        jsklarz@gs-lawfirm.com

## CERTIFICATION OF SERVICE

I hereby certify that on the date set forth below a copy of the foregoing was served by CMECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Samuel Klein
131 Pecksland Road
Greenwich, CT 06831

Date: February 12, 2021         /s/ Jeffrey M. Sklarz
                                Jeffrey M. Sklarz