**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:20-cr-00243-JCH |
| | : | |
| v. | : | |
| | : | |
| SAMUEL KLEIN, | : | |
| | : | |
| Defendant. | : | March 2, 2021 |

## AMENDED AGREEMENT REGARDING DISCOVERY SCHEDULE

Defendant Samuel Klein and the United States of America, by and through their undersigned counsel, hereby stipulate and agree as follows:

1.      On December 7, 2020, a grand jury returned a two-count indictment charging Mr. Klein with violations of 18 U.S.C. § 2314 and 18 U.S.C. § 1957.  On December 8, 2020, Mr. Klein made his initial appearance and was arraigned before United States Magistrate Judge Holly B. Fitzsimmons.  Mr. Klein has pled not guilty.

2.      On December 22, 2020, the parties agreed on a discovery schedule pursuant to Section (A) of the Standing Order on Discovery (the "Discovery Schedule").  (ECF No. 22.) Pursuant to the Discovery Schedule, among other things, the Government agreed to produce materials covered by Section (A)(1) of the Standing Order on Discovery on a rolling basis through the end of January 2021, and Mr. Klein agreed to provide the disclosures required under Section (B) of the Standing Order on Discovery no later than March 5, 2021.

3.      The Government has continued to produce materials covered by Section (A)(1) of the Standing Order on Discovery in a format usable to counsel into February 2021.

4.      Given the complexity of the case and the fact that Mr. Klein recently engaged new counsel, the parties hereby agree and stipulate to amend the Discovery Schedule as follows:

- 2 -

      a.      No later than May 4, 2021, Mr. Klein will provide the disclosures required under Section (B) of the Standing Order on Discovery.

5.      The other deadlines and provisions contained in the Discovery Schedule remain in effect.

6.      Nothing in this Agreement is intended to enlarge or reduce the parties' respective discovery obligations under the Standing Order on Discovery or any other law.  Further modification of the Discovery Schedule may be made upon order of the Court or further agreement of the parties.

Respectfully submitted,


LEONARD C. BOYLE
ACTING UNITED STATES ATTORNEY

By:    */s/ Jennifer R. Laraia*
      Jennifer R. Laraia (ct29637)
      Assistant United States Attorney
      1000 Lafayette Boulevard, 10th Floor
      Bridgeport, CT 06604
      (203) 696-3000
      Jennifer.Laraia@usdoj.gov

SAMUEL KLEIN
DEFENDANT

By:    */s/ Stanley A. Twardy, Jr.*
      Stanley A. Twardy, Jr. (ct05096)
      Day Pitney LLP
      One Stamford Plaza, 7th Floor
      263 Tresser Boulevard
      Stamford, CT 06901
      (203) 977-7300
      satwardy@daypitney.com

      Sara J. van Vliet (ct30690)
      Day Pitney LLP
      242 Trumbull Street
      Hartford, CT 06103
      (860) 275-0100
      svanvliet@daypitney.com

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 2, 2021, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

*/s/ Stanley A. Twardy, Jr.*
Stanley A. Twardy, Jr. (ct05096)