**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:20-cr-00243-JCH |
| | : | |
| v. | : | |
| | : | |
| SAMUEL KLEIN, | : | |
| | : | |
| Defendant. | : | May 19, 2021 |

## DEFENDANT'S SECOND MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Samuel Klein, through the undersigned counsel, respectfully moves pursuant to Fed. R. Crim. P. 47 and 18 U.S.C. § 3142(c)(3) for an order modifying the Order Setting Conditions of Release, docketed on December 8, 2020 (ECF No. 6) ("Conditions of Release"), as amended by Orders dated March 11, 2021 (ECF No. 54) and March 29, 2021 (ECF No. 66), as follows:  (1) to remove the condition of location monitoring (ECF No. 6 ¶ 7 (q)) and (2) to revise the travel restrictions to permit out-of-state travel within the continental United States with advanced notice to the U.S. Probation Office (*id.* ¶ 7(f)).  The U.S. Probation Office supports this motion.  The Government does not object to this motion.  A proposed order is attached.

As grounds for this motion, Mr. Klein respectfully submits the following:

1. On December 8, 2020, Mr. Klein appeared before United States Magistrate Judge Holly B. Fitzsimmons for initial presentment and arraignment.  Mr. Klein pled not guilty to the charges in the Indictment for violations of 18 U.S.C. §§ 2314 and 1957.  Jury selection for trial is currently scheduled to begin on January 10, 2022.  (ECF No. 58.)

2. Mr. Klein was released pending trial on a surety bond and subject to special conditions set forth in the Conditions of Release.  At the time of Mr. Klein's release, these special conditions included home detention, travel restrictions, and location monitoring.  (ECF No. 6.)

3.      On March 11, 2021, the Court modified the Conditions of Release by removing the condition of home detention and replacing it with a curfew.  The Court also amended the travel restrictions to permit same-day travel outside of Connecticut with the advanced permission of the U.S. Probation Office.  (ECF Nos. 54 & 46.)

4.      On March 29, 2021, the Court *sua sponte* further modified the Conditions of Release in connection with Mr. Klein's request for permission to travel to Jackson, Wyoming. (ECF No. 66.)  The Court changed the type of location monitoring to stand-alone GPS monitoring, which also resulted in the removal of the daily curfew.  (*Id.*)

5.      As modified, the Conditions of Release currently provide that Mr. Klein is not to leave the United States.  Mr. Klein is permitted to travel out-of-state with the advanced permission of Probation, but he must request approval from the Court for overnight travel outside of Connecticut.  Mr. Klein is also subject to stand-alone GPS monitoring, which allows the U.S. Probation Office to monitor his location and verify his compliance with the conditions of his release.  Mr. Klein currently wears an electronic monitoring device on his ankle.

6.      In the more than five months since his release pending trial, Mr. Klein has fully complied with all Conditions of Release.

   a. Mr. Klein has surrendered his United States and Polish passports.

   b. During his three-month period of home confinement, Mr. Klein complied with all home detention restrictions, which included requesting and obtaining permission from his U.S. Probation Officer prior to leaving his residence for any approved reason.

   c. Mr. Klein has abided by all supervision requirements during his pre-approved out-of-state travel.  To date, the Court has granted six requests for Mr. Klein

to travel to Jackson, Wyoming, to manage construction at the Project Home (ECF Nos. 18, 21, 31, 45, 67, and 70), and Mr. Klein has abided by all supervision requirements during these trips. As directed by the Court, Mr. Klein provided a detailed schedule of construction work in advance of the travel, checked in daily with Probation, and alerted Probation to any revisions to the construction work schedule. (ECF No. 67.)

7. Pursuant to the Bail Reform Act of 1984, the release of a person facing trial must be under the "least restrictive" combination of conditions that will reasonably assure the appearance of the person and the safety of the community. 18 U.S.C. § 3142(c)(1)(B). When determining if the conditions of pre-trial release are the "least restrictive," the court should compare those conditions against the interests the government seeks to protect. *United States v. Salerno*, 481 U.S. 739, 754 (1987). The court has broad discretion to amend the conditions of pre-trial release. *See* 18 U.S.C. § 3142(c)(3).

8. In view of his record of compliance with the Conditions of Release, Mr. Klein respectfully submits that it is appropriate at this time to remove his electronic location monitoring device. Electronic monitoring via standalone GPS tracking is not necessary to ensure his appearance or to protect the community. As evidenced by his conduct over the last five months, Mr. Klein does not pose a risk of flight, and the Court has imposed sufficient other conditions that will ensure his appearance in this case, including the surrender of his passports and a surety bond. In addition, a Stop Notice has been filed with the U.S. Department of State preventing Mr. Klein from applying for travel documents. Mr. Klein does not pose any danger to the community. Modifying the Conditions of Release to remove his electronic location monitoring device would also enable Mr. Klein to undertake physical activities which have been

limited by painful chaffing caused by the ankle bracelet, including long walks and running, particularly in the warmer summer months.

9.      In addition, Mr. Klein submits that it is appropriate at this time to modify his travel restrictions in order to permit out-of-state travel within the continental United States—including overnight travel—with advanced notice to the U.S. Probation Office.  Pursuant to the current Conditions of Release, Mr. Klein is permitted to travel out-of-state with advanced permission from the U.S. Probation Office, but must seek permission from the Court for any overnight out-of-state travel.  Mr. Klein submits that it would ease the burden on the Court to revise and simplify these conditions such that Mr. Klein can travel out-of-state within the continental United States so long as he provides advanced notice to the U.S. Probation Office. This will allow Mr. Klein to continue to, among other things, make trips to Jackson, Wyoming, to continue work on the Project Home without filing motions with the Court.  As set forth above, Mr. Klein does not pose a risk of flight in light of his exemplary record of compliance with the conditions of his release and the existence of other conditions that ensure his appearance in this case.  Mr. Klein will continue to provide the U.S. Probation Office any information that it requests about his planned travel, such as an itinerary of anticipated construction work on the Project Home.

10.     U.S. Probation Officer Michael Jones supports this motion.  Counsel for the Government does not oppose this motion, so long as the Probation Office receives sufficient advanced notice of overnight travel such that the Probation Office can inquire as to the circumstances and raise any objections should the need arise.

11.     Based on the foregoing, Mr. Klein respectfully requests that the Court enter an order modifying the Conditions of Release to remove the condition of location monitoring and to

- 5 -

revise the travel restrictions to permit out-of-state travel within the continental United States with advanced notice to the U.S. Probation Office. A proposed order is attached.

                                  DEFENDANT, SAMUEL KLEIN

                                  By:  */s/ Stanley A. Twardy, Jr.*
                                          Stanley A. Twardy, Jr. (ct05096)
                                          Day Pitney LLP
                                          One Stamford Plaza, 7th Floor
                                          263 Tresser Boulevard
                                          Stamford, CT 06901
                                          Tel: (203) 977-7300
                                          Fax: (866) 458-1037
                                          satwardy@daypitney.com

                                          Sara J. van Vliet (ct30690)
                                          Day Pitney LLP
                                          242 Trumbull Street
                                          Hartford, CT 06103
                                          Tel:  (860) 275-0100
                                          Fax:  (860) 275-0343
                                          svanvliet@daypitney.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 19, 2021, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                                    */s/ Stanley A. Twardy, Jr.*
                                    Stanley A. Twardy, Jr. (ct05096)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:20-cr-00243-JCH |
| | : | |
| v. | : | |
| | : | |
| SAMUEL KLEIN, | : | |
| | : | |
| Defendant. | : | _____, 2021 |

**ORDER**

AND NOW, this \_\_\_\_\_ day of _____ 2021, upon consideration of Defendant's Second Motion to Modify Conditions of Release, it is hereby

**ORDERED**

that said motion is **GRANTED**.

Accordingly, the Order Setting Conditions Of Release (ECF No. 6) is modified as follows: to remove the condition of location monitoring (*id.* ¶ 7 (q)) and to revise the travel restrictions to permit out-of-state travel within the continental United States with advanced notice to the U.S. Probation Office (*id.* ¶ 7(f)).

**BY THE COURT:**

_____
**HON. JANET C. HALL**
**United States District Judge**