UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



```
------------------------------------------------x
                                                :
UNITED STATES OF AMERICA                        :   Crim. No. 3:20 CR 243 (JCH)
                                                :
v.                                              :
                                                :   August 30, 2021
SAMUEL KLEIN                                    :
                                                :
------------------------------------------------x
```

### FINDINGS AND RECOMMENDATION ON A PLEA OF GUILTY

The captioned matter was referred to the undersigned by Honorable Janet C. Hall. The defendant was advised of his right to have the proceeding in person and, after a full consultation with his attorney, the defendant waived his right to an in-person proceeding and consented to proceed by Zoom. As stated on the record, the Court found that, given the circumstances, delaying the change of plea until such time as it could be done in-person would cause serious harm to the interests of justice. Therefore, with the written consent of the defendant, counsel for the defendant and counsel for the United States, a hearing was held on August 30, 2021, regarding the defendant's request to enter a plea of "guilty" to Counts One and Two of the Indictment.

Based upon the answers given by the defendant under oath and in the presence of counsel and the remarks of defense counsel and counsel for the government I find the following:

- that Mr. Klein is fully competent to enter a plea;
- that he understands the charge against him;
- that he knows he has the right to be represented by counsel at trial and at every other stage of the proceeding, and is satisfied with his current counsel;

- that he understands his right to trial, including the right to confront and cross-examine adverse witnesses, to be protected from compelled self-incrimination, to testify and present evidence, and to compel the attendance of witnesses;

- that he knows the maximum possible sentence including the maximum possible terms of imprisonment and supervised release, and the maximum potential fine that could be imposed;

- that he knows that the court is obligated to consider the advisory sentencing guidelines range, possible departures under the sentencing guidelines, and other sentencing factors under applicable sentencing law, and that all factual disputes at sentencing will be resolved by the Judge by a preponderance of the evidence;

- that he understands the mandatory consequences and the other collateral consequences of a felony conviction;

- that he knows he will not be permitted to withdraw his plea of guilty if the sentence imposed is other than he anticipates;

- that there is a factual basis for the defendant's plea; and

- that the defendant's waiver of rights and his plea of guilty have been knowingly and voluntarily made and not coerced.

Accordingly, I hereby **RECOMMEND** that the defendant's plea of guilty be accepted.

Dated this 30th day of August, 2021, at Hartford, Connecticut.

/s/ Robert A. Richardson

Robert A. Richardson
United States Magistrate Judge