# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:20-cr-00243-JCH |
| | : | |
| v. | : | |
| | : | |
| SAMUEL KLEIN, | : | |
| | : | |
| Defendant. | : | MARCH 10, 2022 |

## DEFENDANT'S CONSENT MOTION TO CONTINUE SENTENCING

Pursuant to Fed. R. Crim. P. Rule 32(b) and Local Rule 32(f), Defendant Samuel Klein, through counsel, respectfully requests that his sentencing hearing, currently scheduled for April 20, 2022, be continued until April 27, 2022 or thereafter at a date and time convenient to the Court. Counsel for the Government consents to the requested extension of time.

In support of this motion, Mr. Klein respectfully submits the following:

1. On December 8, 2020, Mr. Klein appeared before United States Magistrate Judge Holly B. Fitzsimmons for initial presentment and arraignment on a two-count Indictment charging him with violations of 18 U.S.C. §§ 2314 and 1957. (ECF No. 5.)

2. On August 30, 2021, Mr. Klein entered a guilty plea to Counts One and Two in the Indictment pursuant to a Plea Agreement. (ECF No. 84.)

3. On December 8, 2021, the Court granted Mr. Klein's Consent Motion to Continue Sentencing and scheduled Mr. Klein's sentencing for March 2, 2022. (ECF No. 94.)

4. On February 17, 2022, the Court *sua sponte* rescheduled Mr. Klein's sentencing for April 20, 2022. (ECF No. 101.)

5. Local Rule of Criminal Procedure 32(f) allows the Court to continue the sentencing hearing for good cause. D. Conn. L.R. Crim. P. 32(f). Mr. Klein respectfully submits that there is good cause to continue the sentencing hearing in this case. For personal reasons, it

- 2 -

would be difficult for the undersigned counsel to attend the rescheduled sentencing date. Undersigned counsel further understands that the government's lead case agent is away the week of April 18 and would not be able to attend the sentencing in person.

6. This is Mr. Klein's third request to continue sentencing in this matter.

7. Counsel for the government, Assistant U.S. Attorney Jennifer Laraia, has indicated that the Government consents to this motion.

WHEREFORE, for the foregoing reasons, the defendant, Samuel Klein, through counsel, respectfully requests that his sentencing be continued until April 27 or thereafter at a date and time convenient to the Court.

DEFENDANT, SAMUEL KLEIN

By: */s/ Stanley A. Twardy, Jr.*
　　Stanley A. Twardy, Jr. (ct05096)
　　Day Pitney LLP
　　One Stamford Plaza, 7th Floor
　　263 Tresser Boulevard
　　Stamford, CT 06901
　　Tel: (203) 977-7300
　　Fax: (866) 458-1037
　　satwardy@daypitney.com

　　Matthew Letten (ct31121)
　　Day Pitney LLP
　　242 Trumbull Street
　　Hartford, CT 06103
　　Tel:  (860) 275-0100
　　Fax:  (860) 275-0343
　　mletten@daypitney.com

- 3 -

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 10, 2022, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                                        */s/ Stanley A. Twardy, Jr.*
                                        Stanley A. Twardy, Jr. (ct05096)