# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:20-cr-00243-JCH |
| v. | : | |
| SAMUEL KLEIN, | : | |
| Defendant. | : | APRIL 19, 2022 |

## DEFENDANT'S MOTION TO SEAL

Pursuant to Local Rule of Civil Procedure 5(e)(4)(a), Defendant Samuel Klein hereby moves to seal portions of his Sentencing Memorandum and the exhibits attached thereto. Unredacted version of these documents will be filed under seal and redacted versions will be filed on the public docket.

The redacted portions of the Sentencing Memorandum and exhibits concern the details of Mr. Klein's psychiatric evaluation by the Yale Department of Psychiatry, as well as the details of Mr. Klein's childhood abuse. Mr. Klein submits the public interest in accessing this information is vastly outweighed by Mr. Klein's interest in maintaining the confidentiality of sensitive, personal information concerning his mental health and details of childhood trauma. *See Alexander v. Azar*, 396 F. Supp. 3d 242, 251 (D. Conn. 2019) (explaining that the "right of access … is not absolute" and the Court "must weigh the interest advanced by the parties in light of the public interest and the duty of the courts").

WHEREFORE, for good cause shown, Mr. Klein respectfully moves the Court to grant his motion and seal the redacted portions of the Sentencing Memorandum and exhibits.

DEFENDANT, SAMUEL KLEIN

By: */s/ Stanley A. Twardy, Jr.*
Stanley A. Twardy, Jr. (ct05096)
Day Pitney LLP
One Stamford Plaza, 7th Floor
263 Tresser Boulevard
Stamford, CT 06901
Tel: (203) 977-7300
Fax: (866) 458-1037
satwardy@daypitney.com

Matthew Letten (ct31121)
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103
Tel: (860) 275-0100
Fax: (860) 275-0343
mletten@daypitney.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on April 19, 2022, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                  */s/ Stanley A. Twardy, Jr.*
                  Stanley A. Twardy, Jr. (ct05096)