✏ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF **CONNECTICUT**

USA

V.

Samuel Klein

## EXHIBIT AND WITNESS LIST

Case Number:   3:20CR243 (JCH)

| PRESIDING JUDGE<br>Janet C. Hall, U. S. District Judge | PLAINTIFF'S ATTORNEY<br>Jennifer Laraia | DEFENDANT'S ATTORNEY<br>Stanley Twardy |
|---|---|---|
| TRIAL DATE (S)<br>5/3/2022 | COURT REPORTER<br>Falzarano (Irma Sanchez Farnham | COURTROOM DEPUTY<br>Diahann Lewis |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/3/2022 | x | Full | Court Exhibit 1 - Paul G. Larson Letter dated 4/30/2022. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.